IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONALD MCJAMES
ADC #129103                                                                                               PETITIONER

VS.                                      5:06CV00060 WRW/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                            RESPONDENT

## ORDER

Petitioner, an inmate at the Cummins Unit of the Arkansas Department of Correction, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. (Docket entry #2.) The Court did not order service of the Petition because Petitioner's Motion to Proceed *In Forma Pauperis* (docket entry #1) was denied. (Docket entry #4.)

Petitioner has now paid the filing fee (docket entry #6), and the Court will therefore order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk of the Court is directed to serve a copy of the habeas Petition (docket entry #2) and this Order on Respondent and the Arkansas Attorney General by mail.

2.      Respondent shall file a responsive pleading **within twenty (20) days** of service. Respondent is directed to Rule 5 of the Rules Governing Section 2254 Cases with regard to the required contents of an Answer.

Dated this 28th day of April, 2006.

_____
UNITED STATES MAGISTRATE JUDGE